### 15733. REEVES *v.* THE STATE.

BROYLES, C. J. Under the evidence and the defendant's statement to the jury, his conviction was demanded, and none of the special grounds of the motion for a new trial requires another hearing of the case.

*Judgment affirmed. Luke and Bloodworth, JJ., concur.*

DECIDED AUGUST 8, 1924.

Violating liquor law; from Haralson superior court—Judge Irwin. May 26, 1924.

*Claude V. Driver,* for plaintiff in error.

*E. S. Griffith, solicitor-general,* contra.